# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
(312) 862-2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, Illinois  60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

February 1, 2016

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *In re: General Motors LLC Ignition Switch Litigation*;
*Armenta v. General Motors Corp., LLC, et al*, 1:16-cv-00028 (JMF);
*Barnes, et al. v. General Motors LLC*, 1:16-cv-00399 (JMF);
*Bowen, et al. v. General Motors LLC*, 1:15-cv-09873 (JMF);
*Cotton, et al. v. General Motors LLC*, 1:15-cv-09873 (JMF);
*Hammatt, et al. v. General Motors LLC, et al.*, 1:16-cv-00007 (JMF);
*Lucas, et al. v. General Motors LLC*, 1:16-cv-00205 (JMF);
*Newell v. General Motors LLC*, 1:16-cv-00222 (JMF);
*Parker, et al. v. General Motors LLC*, 1:15-cv-09538 (JMF);
*Williams v. General Motors LLC*, 1:16-cv-00394 (JMF)

Dear Judge Furman:

      Pursuant to Order No. 69 Paragraph 8 (Docket No. 1162), counsel for General Motors LLC ("GM LLC") hereby certify that on January 29, 2016, GM LLC served a copy of the Order on counsel for plaintiffs in the above-captioned individual actions via email.  A copy of the letter sent to plaintiffs' counsel is attached hereto as Exhibit 1.

      Respectfully submitted,

      /s/ Richard C. Godfrey, P.C.
      /s/ Andrew B. Bloomer, P.C.

      *Counsel for Defendant General Motors LLC*